## 35122. VAUGHT v. VAUGHT.

BOWLES, Justice.

This case is controlled by the recent opinion of this court in *Osteen v. Osteen,* 244 Ga. 445 (1979).

*Judgment reversed. All the Justices concur, except Hill, J., who concurs in the judgment only.*

ARGUED SEPTEMBER 10, 1979 — DECIDED OCTOBER 2, 1979 — REHEARING DENIED OCTOBER 16, 1979.

*Ashman & Zipperer, Lee Darragh, Charles R. Ashman,* for appellant.

*Jones, Osteen & Jones, Charles M. Jones, Billy N. Jones,* for appellee.